FILED
NOV -16 2001
[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
Southern DIVISION

*[handwritten]*, CIV 01-4229
Plaintiff,

vs.                                          COMPLAINT

Governor (William Janklow),
Et Al., Jane/John Doe (Officers of *[illegible]*)
Defendant.

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No (X)

   B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:

         Plaintiffs _____
         _____.

         Defendants _____
         _____.

      2. Court (if federal court, name the district; if state court, name the county)
         _____
         _____.

      3. Docket number _____.

      4. Name of Judge to whom case was assigned _____.

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____.

      6. Approximate date of filing lawsuit _____.

      7. Approximate date of disposition _____.

(1)

II. PLACE OF PRESENT CONFINEMENT _Jameson Annex Prison/SDSP_

   A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

   C. If your answer is yes,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is no, explain why not _They do not have a grievance_ _procedure for this_ _But I did talk to various_ _Staff At Prison About Being Falsely Put In Prison And Asked To_ _They could not do anything_

   E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If you answer is yes,

      1. What steps did you take? _____

      2. What was the result? _____

III. PARTIES

   In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of Plaintiff _Richard Eric Crutchfield 31824_
      Address _1600 North Drive Box 911 SDSP/Jameson A-15_
      _Sioux Falls, SD 57117-0911_

   In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

   B. Name of Defendant _____ who is employed as
      _Governor of South Dakota_ at _____

(2)

C.  Additional Defendants ATTORNEY GEN. MARK W. BARNETT, DEPT. of CORRECTION, SECRETARY Jeff BloomBerg, SOUTH DAKOTA STATE PEN. WARDEN, Douglas L. Weber, ET AL JANE/JOHN DOE (STATE officers)

IV. STATE OF CLAIM ATTACH CLAIM A

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

1. William Janklow has Denied Plaintiff twice commuted of sentence on a 1st Time, offence. With no Reason why. 2. Attorney General Mark W. Barnett has Refused Repeatedly to look in, Grant a look at Federal level, at Plaintiff case. Do any investigation = see if true, statement has been made.
3. Jeff Bloomberg Took 4½ Years of Plaintiff Good Time which Plaintiff signed out After Telling him He was granted a Habeas corpus on 20 oct 98). 4. Douglas L. Weber, Allows Cruel punishment to go on against a innocent man knowingly knows that plaintiff is innocent and refused to see check into his case, post-conviction. Oct 26, 1998.

V. RELIEF   SEE ATTACH FOR TO STATE CLAIM, BY YOUR LAWS.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) To Release Plaintiff from Prison.
2) To Pay Plaintiff 500" day for Imprisonment from Aug. to Current. 3) To Pay Plaintiff for mental Anguish.
4) To Pay Plaintiff for Lost of Job.
5) To Pay Plaintiff for Pysical Anguish.
6) To Pay Plaintiff 15 mil.
7) Injunctive Relief. 9) Compensatory Damages
8) Declaratory Relief. 10) Punitive Damages.
11) Honor Restored By slander (12 mental Anguish)

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this O6 day of November, 20 01.

_Richard Eric Crinkelf___
Signature of Plaintiff

(9/96)

(3)

Claim A

Claims filed is as follows:

1.) Violation of [illegible]
2.) [illegible]
3.) [illegible]
4.) Violation of U.S. [illegible] Constitution
5.) Violation of Bill of Rights [illegible]
6.) Violation of State [illegible]
7.) Kidnapping
8.) Assault [illegible] use of Force
9.) Violation of [illegible] pp 1-25 [illegible]
10.) Violation of April 6/15 pp 1-5
11.) Violation of [illegible] pp 1-40
12.) Miss use of Power of Attorney
13.) Violation of [illegible]
14.) [illegible]
15.) False Imprisonment
16.) Failure to do thorough investigation
17.) [illegible]
18.) Failure to follow [illegible] rules etc.
   ( [illegible] )
   ( [illegible] )
   ( [illegible] )
   ( [illegible] )
19. Denial of [illegible]